**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        *Wilber Ulises Molina v. The State of Texas*

Appellate case number:    01-18-00317-CR

Trial court case number:   1433542

Trial court:                        338th District Court of Harris County

   We dismiss appellant's third unopposed motion for extension of time for lack of jurisdiction because it was filed after the expiration of this court's plenary power. *See* TEX. R. APP. P. 19.1(a), 19.3.

Justice's signature:  /s/ Gordon Goodman
        Acting for the Court

Panel consists of: Chief Justice Radack and Justices Goodman and Countiss.

Date:  December 10, 2019